# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 7, 2009

137347 & (55)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SHEILA WOODMAN, as Next Friend of
TRENT WOODMAN, a Minor,
      Plaintiff-Appellee/
      Cross-Appellant,

v

SC: 137347
COA: 275079
Kent CC: 06-000802-NO

KERA, LLC, d/b/a BOUNCE PARTY,
      Defendant-Appellant/
      Cross-Appellee.

_____/

      On order of the Court, the application for leave to appeal the August 12, 2008 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered. The application for leave to appeal is GRANTED, limited to the issue whether the parental pre-injury liability waiver was valid and enforceable. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court. The application for leave to appeal as cross-appellant is also DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

      Persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 7, 2009

_____
Clerk

p0430